ACCEPTED
12-13-00248-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/20/2015 11:03:43 AM
CATHY LUSK
CLERK

# STEVEN R. GREEN

### ATTORNEY AND COUNSELOR AT LAW

209 East Corsicana Street, Athens, Texas 75751
Phone: (903) 675-1802 ● Fax: (469) 533-1662
Email: stevegreenatty@earthlink.net

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/20/2015 11:03:43 AM

CATHY S. LUSK
Clerk

April 14, 2015

Mr. Albert Demetric Kennedy
13125 Rustic Circle
Balch Springs, Texas 75180

Re:    Albert Demetric Kennedy vs. The State of Texas
       Case No. 12-13-00248-CR

Dear Mr. Kennedy:

Please find enclosed a copy of the Opinion and the Judgment from the Court of Appeals affirming your conviction in the above referenced case. You can continue your appeal by filing a Petition for Discretionary Review (PDR) pursuant to Rule 68 of the Texas Rules of Appellate Procedure to the Court of Criminal Appeals no later than April 17, 2015 in the Court of Appeals in Tyler, Texas.

Please contact me when you receive this letter to discuss this matter further.

Thank you.

Sincerely,

Steven R. Green

SRG/mot

Enclosure

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com*®.**

BALCH SPRINGS, TX 75180

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.91 | 0751 |
| Certified Fee | $3.30 | 03 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.91 | |

Sent To Albert Demetric Kennedy

Street & Apt. No., or PO Box No. 13125 Rustic Circle

City, State, ZIP+4 Balch Springs, Texas 75180

PS Form 3800, July 2014 — See Reverse for Instructions

7014 2120 0003 3577 9045